**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NORDINE BOUMAZZOUGHE and
ANNE DUMOUTIER,

        Plaintiffs,

v.                                   Case No:  6:15-cv-798-Orl-40TBS

BRUCE ROUDEBUSH,

        Defendant.

_____/

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement (Doc. 12) filed on June 12, 2015 and Plaintiffs' Response in Opposition (Doc. 15) filed on June 26, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed September 11, 2015 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Dismiss or, in the Alternative, Motion for More Definite Statement (Doc. 12) is **DENIED**.

3.    Defendant is **DIRECTED** to answer the complaint within fourteen (14) days of the date of this Order.

**DONE AND ORDERED** in Orlando, Florida on October 1, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties